**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| SCRUM ALLIANCE, INC., | |
| Plaintiff, | CIVIL ACTION NO. |
| | 1:13-CV-03068-MJG |
| v. | |
| EDUSYS SERVICES PVT. LIMITED and TRIDIBESH SATPATHY, | |
| Defendants. | |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Scrum Alliance, Inc. hereby dismisses the above-captioned action, WITHOUT PREJUDICE, with each party to bear its own costs and attorneys' fees.[1]

---

[1] Counsel has not entered an appearance on behalf of Defendants Edusys Pvt. Limited or Satpathy, nor has any responsive pleading been filed with respect to this action.

Respectfully submitted,


/s/ BROOKE T. ILEY
**BLANK ROME LLP**
Brooke T. Iley (#23136)
Watergate
600 New Hampshire Ave, NW
Washington, DC 20037
(202) 772-5816/5850 (telephone)
(202) 572-1416/1450 (facsimile)

David M. Perry (*pro hac vice* pending)
Dennis P. McCooe (*pro hac vice* pending)
One Logan Square
Philadelphia, PA  19103
(215) 569-5767/5580 (telephone)
(215) 832-5767/5580 (facsimile)

Attorneys for Plaintiff,
Scrum Alliance, Inc.


Dated:  February 27, 2014

**CERTIFICATE OF SERVICE**

I, Brooke T. Iley, Esquire, certify that I caused the foregoing Notice of Voluntary Dismissal Without Prejudice to be served on the following by U.S. Mail:

Edusys Services Pvt. Limited
410 N 44th Street
Suite 240
Phoenix, Arizona 85008

Tribidesh Satpathy
410 N 44th Street
Suite 240
Phoenix, Arizona 85008

/s/ Brooke T. Iley
　　　Brooke T. Iley

Dated: February 27, 2014